RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Amanda Stetson, Esq.
Nevada Bar No. 12644
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

E-FILED: APR 1 7 2013

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

DONNA LEE MARONE.

Debtor.

BK-S-13-11607-MKN
Chapter 13

### EX-PARTE MOTION FOR FORMAL DISMISSAL OF CHAPTER 13 CASE PURSUANT TO SECTION 521(i)

COMES NOW RICK A. YARNALL, Chapter 13 Trustee and requests the Court to formally dismiss the above entitled case pursuant to 11 U.S.C. § 521(i) for the following reasons:

1) The Debtor has failed to file the following:

    a. Schedule A- Real Property

    b. Schedule B – Personal Property

    c. Schedule C – Property Claimed as Exempt

    d. Schedule D – Creditors Holding Secured Claims

    e. Schedule E – Creditors Holding Unsecured Priority Claims

    f. Schedule F – Creditors Holding Unsecured Nonpriority Claims

    g. Schedule G – Executory Contracts and Unexpired Leases

    h. Schedule H – Codebtors

    i. Schedule I – Current Income of Individual Debtor(s)

1          j.     Schedule J – Current Expenditures of Individual Debtor(s)

2          k.     Statement of Financial Affairs

3    2)     The forty-five day (45) period expired on April 15, 2013.

4    3)     Trustee requests the Court take judicial Notice of the Docket as evidence in support of

5 this request.

6    4)     11 U.S.C. § 521(i) states that (1) Subject to paragraphs (2) and (4) and notwithstanding

7 section 707(a), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the

8 information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the

9 case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

10      WHEREFORE, the Chapter 13 Trustee requests the Court to formally dismiss this case.

11      DATED this 16th day of April 2013.

12                                                            Submitted by:

14                                                            Amanda Stetson, Esq.
                                                             Nevada Bar No. 12644
15                                                            701 Bridger Ave., Suite 820
                                                             Las Vegas, NV 89101
16                                                            Attorney for RICK A. YARNALL,
                                                             Chapter 13 Bankruptcy Trustee